**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

WILNAR GEROME WILSON                    Case No. 13-12530-RBR

                                                          Chapter 7

     Debtor.
_____/

## NOTICE CANCELLATION OF RULE 2004 EXAMINATION DUCES TECUM

**PLEASE TAKE NOTICE THAT**, Chapter 7 Trustee, Kenneth Welt (the "Trustee"), by and through undersigned counsel, hereby cancels the 2004 Examination Duces Tecum, scheduled for Wednesday, April 17, 2013 at 2:00 p.m.

                                           Respectfully submitted,

                                           **MARSHALL GRANT, P.L.**
                                           Attorneys for the Trustee
                                           197 South Federal Highway, Suite 300
                                           Boca Raton, Florida  33432
                                           Telephone No. 561.672.7580
                                           Facsimile No. 561.672.7581
                                           Email:  lpecan@marshallgrant.com

                              By:   /s/ Lawrence E. Pecan
                                           LAWRENCE E. PECAN
                                           Florida Bar No. 99086

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of March, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                    /s/ Lawrence E. Pecan
                                                    LAWRENCE E. PECAN

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

**13-12530-RBR Notice will be electronically mailed to:**

Matis H Abarbanel on behalf of Debtor Wilnar Wilson
rocky@floridaloanlawyers.com,
beatrisa@floridaloanlawyers.com;tjuried@floridaloanlawyers.com

Adam D. Marshall on behalf of Trustee Kenneth Welt
AMarshall@MarshallGrant.com, efile@marshallgrant.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth Welt
lpecan@marshallgrant.com, efile@marshallgrant.com

Kenneth A Welt
court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com